CAROLINE L. YANNEY et al., Respondents, *v.* JOHN H. PEMBER et al., as Executors of ELLEN J. L. W. PEMBER, Deceased, Appellants.

(Submitted October 15, 1934; decided October 23, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 265 N. Y. 459.)

EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, *v.* ALLEGI & LORING, INC., et al., Defendants, and THE MOUNT VERNON TRUST COMPANY, Appellant.

(Submitted October 15, 1934; decided October 23, 1934.)

Motion to amend remittitur denied, without costs. (See 264 N. Y. 610.)

CHARLES GASS, Appellant, *v.* LOUIS S. WETMORE et al., Copartners under the Name of L. S. WETMORE Co., et al., Defendants, and BENJAMIN R. KITTREDGE, Respondent.

(Submitted October 18, 1934; decided October 23, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 663.)